# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan (Detroit)

In re  Paul Bonifacio Estigoy  
Debtor

Case No. 11-46869  
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BAC Home Loans Servicing, L.P.  
**Court claim no.** (if known): 4

**Last four digits** of any number you use to identify the debtor's account: 8986

**Date of payment change:**  
Must be at least 21 days after date of this notice: 06/01/2012

**New total payment:**  
Principal, Interest, and escrow, if any: $905.10

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No  
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $0.01   New escrow payment: $322.33

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No  
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate: _____   New interest rate: _____

Current principal and interest payment: _____   New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No  
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____   New mortgage payment: _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

- ☑ I am the creditor.
- ☐ I am the creditor's authorized agent.
  (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Katacha Clark          Date  04/17/2012
Assistant Vice President

Print:  Katacha Clark          Title  Assistant Vice President

Company  Bank of America, N.A.          Specific Contact Information:
Address  2380 Performance Dr.            Phone: 214-209-8365
         Richardson, TX 75082            Email: katasha.clark@bankofamerica.com

# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2012, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Paul Bonifacio Estigoy
28498 Greenview
Romulus, MI 48174

Debtor's Attorney:

Neal J. Brand
Bankruptcy Attorneys of Michigan, PLLC
21700 Northwestern Highway
Suite 670
Southfield, MI 48075

Trustee:

Tammy L. Terry
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226

/s/ Bill Taylor
_____
Authorized Agent

0-5f6dbbae-1a4c-49cb-a318-5f7688f1e7aa



Customer Service
P.O. Box 940435
Simi Valley, CA 93094-0435

**Notice date:** 03/19/2012
**Account No.:** ▮
Property address:
28498 Greenview
Romulus, MI 48174

0001904 02 SP 0.650 **SNGLP T7 0 8774 48226
MSO TL AG 074------0--2-9T C0000077 IN P01905
TAMMY L. TERRY
535 GRISWOLD STE 2100
DETROIT MI 48226

Pursuant to an Agreement with the Federal Trade Commission, Bank of America, N.A. is required to provide Chapter 13 trustees with a written informational notice on a monthly basis.

Please find enclosed a copy of this month's informational notice for the following:
Paul B Estigoy


Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

0001904 0002732





**Bank of America**
**Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Notice date: 03/19/2012
**Account No.:** ■
Property address:
28498 Greenview
Romulus, MI 48174

PAUL B ESTIGOY
28498 Greenview St
Romulus MI 48174-3052

### IMPORTANT MESSAGE ABOUT YOUR LOAN

Enclosed is an escrow analysis for your loan. The purpose of this notification is to advise you that the escrow portion of your payment is changing to $322.33 effective June 01, 2012.

### WHAT THIS MEANS

This notification is for informational purposes only. Your next statement will arrive shortly. It will provide a payment coupon and will include the new escrow payment amount of $322.33.

### ADDITIONAL INFORMATION

| | |
|---|---|
| Principal Balance | $80,829.47 |
| Partial Payment Balance (unapplied funds) | $563.78 |
| Home loan payment due 04/01/2012 | $582.78 |

This informational notice is being sent to the following borrowers at address set forth above in reference to the Chapter 13 Bankruptcy filing: PAUL B ESTIGOY

### WHAT YOU NEED TO DO

Please keep this notification for your records.

### THANK YOU FOR YOUR BUSINESS

For additional information regarding your escrow analysis, or any other account details, call 1.800.669.5224, Monday-Friday 7a.m. - 7p.m. Local Time. The address for general inquiries and all RESPA Qualified Written Requests is: Bank of America, N.A., Attn: Customer Service CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170.



Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.




**Bank of America**
Home Loans

**Account Number** ▮

Property address
28498 Greenview

Paul B Estigoy

Statement date
**03/19/2012**

## ESCROW ACCOUNT REVIEW

**ESCROW EXPLAINED**  Part of your monthly loan payment goes into an account to pay for your property taxes and insurance premiums. During the year, payments are made out of this account when bills come due. This notice describes any changes needed in your monthly payment to maintain enough money in your escrow account to pay these bills. In our step-by-step analysis, we determine the data shown below to calculate your new escrow payment.

*See below for:*
• an in-depth explanation of each step of your escrow analysis
• side-by-side comparison of last year's projected and actual data

**SUMMARY**

| | | |
|---|---|---|
| Base amount needed *(see Step 1)* | The expected monthly amount needed to pay your property taxes and insurance premiums | $154.15 |
| Shortage payment *(see Step 2)* | **The monthly amount you must pay into your escrow account to keep the balance from falling below zero during the year** | $142.59 |
| Reserve requirement *(see Step 3)* | The monthly amount allowed by federal law for unexpected tax and insurance increases and other costs | $25.59 |
| **New monthly escrow payment** *(see Step 4)* | | **$322.33** |
| **New monthly home loan payment effective 06/2012** *(see Step 4)* | | **$905.10** |

### HOW WE CALCULATE YOUR ESCROW PAYMENT

**STEP 1** — Determine base amount needed for the year

| Escrow items | Amount needed | Frequency in months | Monthly amount needed | |
|---|---|---|---|---|
| City taxes | $649.46 | 12 | $54.12 | |
| City taxes | 1,200.30 | 12 | 100.03 | |
| **Total monthly base payment amount** | | | | **$154.15** |

**STEP 2** — Determine lowest projected balance

In the chart located below, we project the amounts you will pay into your escrow account next year and the amounts we will pay out for your insurance and tax bills. Remember, these figures are only projections and may not reflect the actual payments made at the time they are due.

| Month | Escrow deposit(s) | Tax payment(s) | Insurance payment(s) | MIP/PMI payment(s) | Balance |
|---|---|---|---|---|---|
| **Beginning balance** | | | | | **-$7,818.59 D** |
| June 2012 | 154.15 | | | | -7,664.44 |
| July 2012 | 154.15 | | | | -7,510.29 |
| August 2012 | 154.15 | 1,200.30 | | | -8,556.44 |
| September 2012 | 154.15 | | | | -8,402.29 |
| October 2012 | 154.15 | | | | -8,248.14 |
| November 2012 | 154.15 | | | | -8,093.99 |
| December 2012 | 154.15 | 649.46 | | | -8,589.30 * |
| January 2013 | 154.15 | | | | -8,435.15 |
| February 2013 | 154.15 | | | | -8,281.00 |
| March 2013 | 154.15 | | | | -8,126.85 |
| April 2013 | 154.15 | | | | -7,972.70 |
| May 2013 | 154.15 | | | | -7,818.55 |
| **Ending balance** | | | | | **-$7,818.55** |

**Lowest projected balance**  -$8,589.30
**Shortage payment amount**  $142.59

\* Lowest projected balance (LPB)

D-The letter (D) beside the escrow balance amount indicates that your mortgage payments are delinquent, and the Beginning balance from Step 2 of HOW WE CALCULATE YOUR ESCROW PAYMENT will not match the Actual Ending balance from the LAST YEAR IN REVIEW section.

---

We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

**PAYMENT INSTRUCTIONS**
1. Please
   • don't send cash
   • don't staple the check to the payment coupon
   • don't include correspondence
   • include coupon with payment
2. Write your account number on the check or money order.
3. Write in any additional amounts you are including.
4. Make your check payable to Bank of America, N.A.
   Attn: Remittance Processing
   PO Box ▮
   Wilmington, DE 19886-5222

Account number ▮
Paul B Estigoy
28498 Greenview
Romulus, MI 48174

(3)

8774

Bank of America, N.A.
PO BOX ▮
WILMINGTON, DE 19886-5222

Escrow shortage due **June 1, 2012**   **$8,589.30**

N/A

N/A

Check total

0001904 0002734

At the time of analysis, Bank of America, N.A. assumes that all scheduled mortgage payments will be made to the effective date of your new payment.

You, of course, have the option to pay your anticipated shortage in full. *(See Step 4 for more information.)*

**STEP 3**    **Determine reserve requirement**
Federal law allows for the collection of a reserve amount to maintain a cushion for unexpected tax and/or insurance increases and other costs. The reserve used for this period is shown below.

| | | |
|---|---|---|
| Lowest projected balance *(see step 2 above)* | -$8,589.30 | |
| Total reserve requirement (16.6% of the base amount) * | 307.06 | |
| Additional amounts required | 307.06 | |
| **Monthly reserve requirement ($307.06 divided by 12)** | | **$25.59** |
| **Available overage** | **$0.00** | |

* Base amount equals the total of payments anticipated to be paid out of the escrow account during the year but excludes PMI/MIP amounts.

**STEP 4**    **Determine monthly payments**

**Calculation of monthly escrow payment**

| | | |
|---|---|---|
| Base amount needed for taxes and/or insurance *(see Step 1)* | $154.15 | |
| Shortage payment *(see Step 2)* | 142.59 | |
| Reserve requirement *(see Step 3)* | 25.59 | |
| **Total monthly escrow payment** | | **$322.33** |

**Calculation of monthly home loan payment**

| | | |
|---|---|---|
| Principal and/or interest | $582.77 | |
| Total monthly escrow payment | 322.33 | |
| **Total monthly home loan payment effective  06/2012** | | **$905.10** |

**If you choose to pay your shortage in full, your payment will be reduced by the shortage amount of $142.59, leaving you with a payment of $762.51.**



**LAST YEAR IN REVIEW**

**Current analysis compared to previous**    **Monthly amount**

| Amount needed for taxes and insurance | Last analysis | This analysis |
|---|---|---|
| City taxes | $49.97 | $54.12 |
| City taxes | 96.66 | 100.03 |
| Total base escrow payment | $146.63 | $154.15 |
| Shortage payment | .00 | 142.59 |
| Reserve requirement | 24.34 | 25.59 |
| Rounding amount | .00 | .00 |
| **Monthly escrow payment** | **$170.97** | **$322.33** |
| Principal and/or interest | $582.77 | $582.77 |
| Monthly escrow payment | 170.97 | 322.33 |
| **Total payment amount** | **$753.74** | **$905.10** |

**Summary of escrow change**
As shown, your base escrow amount increased. Your reserve percentage remained unchanged. Your reserve payment increased. The result of these issues caused your total escrow payment to increase. Additionally, you were left with a shortage.

A side-by-side comparison of last year's projected escrow account activity and actual activity can be found below.


Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

**How we post your payment:** All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amount, we will apply your payments as follows: (i) to outstanding monthly payments of principal and interest, (ii) escrow deficiencies, (iii) late charges and other amounts you owe in connection with your loan and (iv) to reduce the outstanding principal balance of your loan. Please specify if you want an additional amount applied to future payments, rather than principal reduction.
**Postdated checks** will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan. Payments by phone received by 6:00 PM Pacific Time on a business day will be effective the same day. Payments by phone received after 6:00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no later than the next business day.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

**Last year's escrow payments**

| *Projected* | | | | | | *Actual* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Activity | Paid in | Paid out | Balance | | Date | Activity | Paid in | Paid out | Balance |
| | Beginning balance | | | -$6,438.49 | | | Beginning balance | | | -$6,438.64 |
| | Esc/Refund | 6,878.43 | | 439.94 | | 07/20/2011 | Misc posting | 170.97 | | -6,267.67 |
| 04/01/2011 | Apr Payment | 170.97 | | 610.91 | | 08/04/2011 | City tax pmt | | 1,200.30 | -7,467.97 |
| 05/01/2011 | May Payment | 170.97 | | 781.88 | | 10/18/2011 | Misc posting | 170.97 | | -7,297.00 |
| 06/01/2011 | Jun Payment | 170.97 | | 952.85 | | 11/18/2011 | Misc posting | 170.97 | | -7,126.03 |
| 07/01/2011 | Jul Payment | 170.97 | | 1,123.82 | | 12/09/2011 | Apr Payment | .01 | | -7,126.02 |
| 08/01/2011 | Aug Payment | 170.97 | | 1,294.79 | | 12/09/2011 | May Payment | .01 | | -7,126.01 |
| 08/02/2011 | City taxes | | 1,159.96 | 134.83 * | | 12/09/2011 | Jun Payment | .01 | | -7,126.00 |
| 09/01/2011 | Sep Payment | 170.97 | | 305.80 | | 12/09/2011 | Jul Payment | .01 | | -7,125.99 |
| 10/01/2011 | Oct Payment | 170.97 | | 476.77 | | 12/09/2011 | Aug Payment | .01 | | -7,125.98 |
| 11/01/2011 | Nov Payment | 170.97 | | 647.74 | | 12/09/2011 | Sep Payment | .01 | | -7,125.97 |
| 12/01/2011 | Dec Payment | 170.97 | | 818.71 | | 12/09/2011 | Oct Payment | .01 | | -7,125.96 |
| 12/02/2011 | City taxes | | 599.65 | 219.06 | | 12/09/2011 | Nov Payment | .01 | | -7,125.95 |
| 01/01/2012 | Jan Payment | 170.97 | | 390.03 | | 12/09/2011 | Dec Payment | .01 | | -7,125.94 |
| 02/01/2012 | Feb Payment | 170.97 | | 561.00 | | 12/09/2011 | Jan Payment | .01 | | -7,125.93 |
| 03/01/2012 | Mar Payment | 170.97 | | 731.97 | | 12/09/2011 | Feb Payment | .01 | | -7,125.92 |
| | **Ending balance** | | | **$731.97** | | 12/09/2011 | Mar Payment | .01 | | -7,125.91 |
| | | | | | | 12/09/2011 | Apr Payment | 170.97 | | -6,954.94 |
| | | | | | | 12/09/2011 | May Payment | 170.97 | | -6,783.97 |
| | | | | | | 12/09/2011 | Jun Payment | 170.97 | | -6,613.00 |
| | | | | | | 12/09/2011 | Jul Payment | 170.97 | | -6,442.03 |
| | | | | | | 12/09/2011 | Aug Payment | 170.97 | | -6,271.06 |
| | | | | | | 12/09/2011 | Sep Payment | 170.97 | | -6,100.09 |
| | | | | | | 12/09/2011 | Oct Payment | 170.97 | | -5,929.12 |
| | | | | | | 12/09/2011 | Nov Payment | 170.97 | | -5,758.15 |
| | | | | | | 12/09/2011 | Dec Payment | 170.97 | | -5,587.18 |
| | | | | | | 12/12/2011 | Payment reversal | | -170.97 | -5,758.15 |
| | | | | | | 12/12/2011 | Payment reversal | | -170.97 | -5,929.12 |
| | | | | | | 12/12/2011 | Payment reversal | | -170.97 | -6,100.09 |
| | | | | | | 12/12/2011 | Payment reversal | | -170.97 | -6,271.06 |
| | | | | | | 12/12/2011 | Payment reversal | | -170.97 | -6,442.03 |
| | | | | | | 12/12/2011 | Payment reversal | | -170.97 | -6,613.00 |
| | | | | | | 12/12/2011 | Payment reversal | | -170.97 | -6,783.97 |
| | | | | | | 12/12/2011 | Payment reversal | | -170.97 | -6,954.94 |
| | | | | | | 12/12/2011 | Payment reversal | | -170.97 | -7,125.91 |
| | | | | | | 12/12/2011 | Payment reversal | | -.01 | -7,125.92 |
| | | | | | | 12/12/2011 | Payment reversal | | -.01 | -7,125.93 |
| | | | | | | 12/12/2011 | Payment reversal | | -.01 | -7,125.94 |
| | | | | | | 12/12/2011 | Payment reversal | | -.01 | -7,125.95 |
| | | | | | | 12/12/2011 | Payment reversal | | -.01 | -7,125.96 |
| | | | | | | 12/12/2011 | Payment reversal | | -.01 | -7,125.97 |
| | | | | | | 12/12/2011 | Payment reversal | | -.01 | -7,125.98 |
| | | | | | | 12/12/2011 | Payment reversal | | -.01 | -7,125.99 |
| | | | | | | 12/12/2011 | Payment reversal | | -.01 | -7,126.00 |
| | | | | | | 12/12/2011 | Payment reversal | | -.01 | -7,126.01 |
| | | | | | | 12/12/2011 | Payment reversal | | -.01 | -7,126.02 |
| | | | | | | 12/12/2011 | Payment reversal | | -.01 | -7,126.03 |
| | | | | | | 12/12/2011 | Apr Payment | .01 | | -7,126.02 |
| | | | | | | 12/12/2011 | May Payment | .01 | | -7,126.01 |
| | | | | | | 12/22/2011 | Jun Payment | .01 | | -7,126.00 |
| | | | | | | 12/22/2011 | City tax pmt | | 649.46 | -7,775.46 |
| | | | | | | 01/13/2012 | Jul Payment | .01 | | -7,775.45 |
| | | | | | | 02/15/2012 | Aug Payment | .01 | | -7,775.44 |
| | | | | | | 02/15/2012 | Sep Payment | .01 | | -7,775.43 |
| | | | | | | 02/15/2012 | Oct Payment | .01 | | -7,775.42 |
| | | | | | | 02/21/2012 | County tax payment | | 43.36 | -7,818.78 * |
| | | | | | | 02/22/2012 | Nov Payment | .01 | | -7,818.77 |
| | | | | | | 03/19/2012 | Dec Payment | .01 | | -7,818.76 P |
| | | | | | | 03/19/2012 | Jan Payment | .01 | | -7,818.75 P |
| | | | | | | | **Ending balance** | | | **-$7,818.75** D |

\* Lowest projected balance

D - The letter (D) beside the escrow balance amount indicates that your mortgage payments are delinquent, and the Beginning balance from Step 2 of HOW WE CALCULATE YOUR ESCROW PAYMENT will not match the Actual Ending Balance from the LAST YEAR IN REVIEW section.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

At the time of analysis, Bank of America, N.A. assumes that all scheduled mortgage payments will be made to the effective date of your new payment.

